**Petitions for Writ of Mandamus Dismissed and Memorandum Opinion filed November 20, 2012.**



In The

# Fourteenth Court of Appeals

NO. 14-12-00181-CV
NO. 14-12-00184-CV

### IN RE CYPRESS TEXAS LLOYDS, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
268th District Court
Fort Bend County, Texas
Trial Court Cause Nos. 09-DCV-176764 & 10-DCV-177586

## MEMORANDUM OPINION

On February 27, 2012, relator Cypress Texas Lloyds filed petitions for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. On November 12, 2012, relator filed motions to dismiss the petitions. The motions are granted.

Accordingly, the petitions for writ of mandamus are ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.